| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CSBN 138549)<br>Chief, Criminal Division |
| 4 | TIMOTHY P. CRUDO (CSBN 143835)<br>BRIAN J. STRETCH (CSBN 163973) |
| 5 | Assistant United States Attorneys |

**FILED**

JAN 2 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7200
Telecopy: (415) 436-7234
Timothy.Crudo@usdoj.gov
Brian.Stretch@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA, ) No. CR-00-0505-MJJ
                         )
        Plaintiff,       ) THE UNITED STATES' REQUEST AND
                         ) [PROPOSED] ORDER CONTINUING
    v.                   ) SENTENCING DATE FOR ALBERT
                         ) BERGONZI
CHARLES W. McCALL, and JAY M. )
LAPINE,                  )
                         )
        Defendants.      )
_____ )

The United States respectfully requests that the sentencing date for Albert Bergonzi, now scheduled for February 8, 2007, at 2:00 p.m., be vacated and continued to a date to be determined by the Court. The United States requests this continuance in light of Bergonzi's plea agreement, which requires the United States to file a motion pursuant to U.S.S.G. section 5K1.1 and/or Federal Rule of Criminal Procedure 35 recommending a downward departure or sentence reduction if the United States, in its sole discretion, determines that Bergonzi has cooperated fully and truthfully, provided substantial assistance to law enforcement authorities within the

///

REQUEST TO CONTINUE SENTENCING AND [PROPOSED] ORDER
Case No. CR-00-0505-MJJ

1  meaning of U.S.S.G. section 5K1.1, and otherwise complied fully with the terms of his plea
2  agreement.
3      Bergonzi's cooperation in the investigation and prosecution of related criminal matters is
4  continuing, and the United States does not expect it to be completed until sometime after
5  February 8, 2007. In addition, the United States Probation Office has not yet completed its pre-
6  sentence investigation or prepared a Pre-Sentence Report. The United States therefore requests
7  that Bergonzi's sentencing be delayed until after the re-trial, if any, of Charles McCall and Jay
8  Lapine in order better to assess Bergonzi's provision of substantial assistance to law enforcement
9  authorities within the meaning of U.S.S.G. section 5K1.1. A status conference is currently
10 scheduled for March 22, 2007 in *United States v. McCall and Lapine*, at which time the
11 government expects the parties to discuss with the Court a date for re-trial in that matter.
12     For these reasons, the United States respectfully requests that the sentencing date for
13 Bergonzi, now scheduled for February 8, 2007, at 2:00 p.m., be vacated to a date determined by
14 the Court. Counsel for Bergonzi has indicated that she does not object to the government's
15 proposal.
16
17 DATED: January 22, 2007

Respectfully submitted,

KEVIN V. RYAN
United States Attorney
Northern District of California

By  _____
TIMOTHY P. CRUDO
Assistant United States Attorney

24     Good cause appearing, **IT IS SO ORDERED**. The February 8, 2007 sentencing date for
25 Albert Bergonzi is hereby VACATED.

27 DATED: 1/23, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE