E-filing

THEODORE V. WELLS JR. (Admitted *Pro Hac Vice*)
MOSES SILVERMAN (Admitted *Pro Hac Vice*)
MICHAEL E. GERTZMAN (Admitted *Pro Hac Vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

MICHAEL J. SHEPARD (State Bar No. 91281)
MICHAEL A. ZWIBELMAN (State Bar No. 224783)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Defendant
CHARLES W. McCALL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>    v.<br><br>CHARLES W. McCALL and JAY M. LAPINE,<br><br>                           Defendants. | Case No.: CR-00-0505-MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANT CHARLES W. McCALL'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMIT FOR MOTION FOR JUDGMENT OF ACQUITTAL**<br><br>The Honorable Martin J. Jenkins<br>Date: April 12, 2007<br>Time: 2:00 p.m.<br>Courtroom 11, Nineteenth Floor |

1   The United States and defendants Charles W. McCall and Jay M. Lapine, through
2 their respective counsel, stipulate and agree as follows:

## RECITALS

4   1.   On June 3, 2003, Defendant Charles W. McCall was charged in seven counts
5 of a Second Superseding Indictment. Trial on these charges began on September 11, 2006.
6 On November 3, 2006, the jury returned a verdict acquitting Mr. McCall of Count One of
7 the Indictment (conspiracy to commit securities fraud). The jury also informed the Court it
8 was unable to reach a verdict as to the remaining counts of the Indictment, and a mistrial
9 was declared as to those counts.

10   2.   On November 14, 2006, this Court approved a stipulation allowing Mr.
11 McCall to file a motion pursuant to Rule 29 of the Federal Rules of Criminal Procedure on
12 or before December 22, 2006. On December 21, that deadline was extended to February 2,
13 2007.

14   3.   Criminal Local Rule 47-2(b) and Civil Local Rule 7-2(b) establish a 25-page
15 limit for noticed motions in a criminal case. These rules apply to Mr. McCall's Motion for
16 Judgment of Acquittal brought pursuant to Fed. R. Crim. P. 29.

17   4.   The parties agree that the length and complexity of the above-mentioned trial
18 and the factual and legal issues raised in Mr. McCall's Motion for Judgment of Acquittal
19 warrant additional attention beyond the page limit set forth in the local rules.

20   5.   Counsel for the United States and Mr. Lapine do not oppose Mr. McCall's
21 motion for administrative relief and agree that, with the Court's permission, Mr. McCall
22 should be allowed to exceed the 25-page limit by four pages in his Motion for Judgment of
23 Acquittal.

24 //
25 //
26 //
27 //
28 //

1

## STIPULATION

Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that Mr. McCall's Unopposed Motion for Administrative Relief should be granted to allow him to exceed the page limit for his Motion for Judgment of Acquittal. Mr. McCall, with the Court's permission, shall be allowed to exceed the page limit by no more than four (4) pages.

IT IS SO STIPULATED AND AGREED.

DATED: February 2, 2007        Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP

HELLER EHRMAN LLP

By _____
Michael J. Shepard

Attorneys for Defendant
CHARLES W. McCALL

DATED: February 2, 2007        UNITED STATES OF AMERICA

By _____   with permission 2/01/07
Timothy P. Crudo
for Brian J. Stretch
Office of the United States Attorney
450 Golden Gate Avenue
Eleventh Floor
San Francisco, CA 94102
(415) 436-7200
(415) 436-7234 FAX

Attorneys for the United States

2

ORDER GRANTING DEF. McCALL'S UNOPPOSED MOTION FOR ADMIN RELIEF TO EXCEED PAGE LIMIT
CASE NO. CR-00-0505-MJJ

1 | DATED: February 2, 2007          TOPEL & GOODMAN

              with permission
              2/01/07
    By _____
              Marcus S. Topel
       for    Topel & Goodman
              832 Sansome Street, Fourth Floor
              San Francisco, CA 94111
              (415) 421-6140
              (415) 398-5030 FAX

    Attorneys for Defendant
    JAY M. LAPINE

Pursuant to the foregoing stipulation, IT IS SO ORDERED.

DATED: February 12, 2007        _____
                                THE HONORABLE MARTIN J. JENKINS
                                United States District Judge

---

3

ORDER GRANTING DEF. McCALL'S UNOPPOSED MOTION FOR ADMIN RELIEF TO EXCEED PAGE LIMIT
CASE NO. CR-00-0505-MJJ