1  TOPEL & GOODMAN
   Marcus S. Topel (S.B. No. 54702)
2  Lyn Agre (S.B. 178218)
3  832 Sansome Street, 4th Floor
   San Francisco, CA 94111
4  Tel: (415) 421-6140
   Fax: (415) 398-5030
5

6  Counsel for Defendant
   JAY LAPINE

7                IN THE UNITED STATES DISTRICT COURT

8                FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>CHARLES W. McCALL and JAY M. LAPINE,<br><br>      Defendant. | CR No. CR-00-0505-MJJ<br><br>STIPULATION & [PROPOSED] ORDER RE: WAIVER OF APPEARANCE OF DEFENDANTS CHARLES McCALL AND JAY LAPINE AT MARCH 22, 2007 STATUS CONFERENCE |

The United States and defendants Charles W. McCall and Jay M. Lapine, through their respective counsel, stipulate and agree, that with this Court's permission, the appearances of Charles W. McCall and Jay M. Lapine may be waived for the March 22, 2007 status conference.

DATED: March __17__, 2007        Respectfully Submitted,

                                 TOPEL & GOODMAN

                                 By: _____/s/_____
                                     Marcus S. Topel
                                     Lyn Agre
                                     TOPEL & GOODMAN
                                     832 Sansome Street, 4th Floor
                                     San Francisco, CA 94111
                                     TEL: (415) 421-6140
                                     FAX: (415) 398-5030

                                 Attorneys for Defendant
                                 JAY M. LAPINE

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: March __17__, 2007 | PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP |
| 3 | | |
| 4 | | By /s/_____<br>Theodore V. Wells, Jr. |
| 5 | | |
| 6 | | -and- |
| 7 | | HELLER EHRMAN LLP |
| 8 | | |
| 9 | | By /s/_____<br>Michael J. Shepard |
| 10 | | |
| 11 | | Attorneys for Defendant<br>CHARLES W. McCALL |
| 12 | | |
| 13 | DATED: March __17__, 2007 | UNITED STATES OF AMERICA |
| 14 | | |
| 15 | | By: __/s/_____<br>Timothy P. Crudo |
| 16 | | Brian J. Stretch |
| 17 | | Office of the United States Attorney<br>450 Golden Gate Avenue, Eleventh Floor |
| 18 | | San Francisco, CA 94102 |
| 19 | | TEL: (415) 436-7200<br>FAX: (415) 436-7234 |
| 20 | | |
| 21 | | Attorneys for the United States |
| 22 | Pursuant to the foregoing stipulation, IT IS SO ORDERED. | |
| 23 | | |
| 24 | DATED: March __20__, 2007 | *[signature: Martin J. Jenkins]* |
| 25 | | THE HONORABLE MARTIN J. JENKINS<br>United States District Judge |