SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

TIMOTHY P. CRUDO (CSBN 143835)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Telecopy: (415) 436-7234
    Timothy.Crudo@usdoj.gov
    Brian.Stretch@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALBERT BERGONZI, <br><br> Defendant. | No. CR-00-0505-MJJ <br><br> STIPULATION AND [PROPOSED] ORDER RE: SURRENDER |

WHEREAS, barring designation by the Bureau of Prisons, the defendant is currently scheduled to surrender to the United States Marshal in San Francisco on January 4, 2008;

WHEREAS, the defendant, who lives in the Atlanta, Georgia area, has not yet been designated by the Bureau of Prisons;

WHEREAS, the parties anticipate that the defendant eventually will be placed by the Bureau of Prisons in a facility in the southeastern United States, as recommended by the Court, and;

///

1    WHEREAS, it would promote efficiency and convenience for the defendant, if not also
2    for the Bureau of Prisons, for the defendant, barring other designation by the Bureau of Prisons,
3    to surrender to the United States Marshal in Atlanta, Georgia;
4    THEREFORE, it is hereby stipulated and agreed by and between the parties, through their
5    counsel of record, that, barring other designation by the Bureau of Prisons, the defendant will
6    surrender to the United States Marshal in Atlanta, Georgia on January 4, 2008.
7    IT IS SO STIPULATED.

9    DATED: December 26, 2007                             /S/
                                                    TIMOTHY P. CRUDO
10                                                  Assistant U.S. Attorney

12   DATED: December 26, 2007                             /S/
                                                    DOROTHY KIRKLEY
13                                                  Counsel to Defendant

15   IT IS SO ORDERED. Barring other designation by the Bureau of Prisons, the defendant
     shall surrender to the United States Marshal in Atlanta, Georgia on January 4, 2008.

17   DATED: January 2, 2008.

18                                                  HON.                          William Alsup
                                                    United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]