1   THEODORE V. WELLS JR. (Admitted *Pro Hac Vice*)
    MOSES SILVERMAN (Admitted *Pro Hac Vice*)
2   MICHAEL E. GERTZMAN (Admitted *Pro Hac Vice*)
    PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
3   1285 Avenue of the Americas
    New York, New York 10019
4   Telephone: (212) 373-3000
    Facsimile: (212) 757-3990
5
    MICHAEL J. SHEPARD (State Bar No. 91281)
6   HOWARD S. CARO (State Bar No. 202082)
    HELLER EHRMAN LLP
7   333 Bush Street
    San Francisco, California 94104-2878
8   Telephone:  (415) 772-6000
    Facsimile:  (415) 772-6268
9
    Attorneys for Defendant
10  CHARLES W. McCALL

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13

14

15  UNITED STATES OF AMERICA,          Case No.:  CR-00-0505-WHA

16                      Plaintiff,     **TENTH STIPULATION AND
                                       [PROPOSED] ORDER RE RETURN
17          v.                         OF DEFENDANT CHARLES W.
                                       McCALL'S PASSPORT**
18  CHARLES W. McCALL, ET AL.

19                      Defendants.

20                                     The Honorable William H. Alsup
                                       Date:  None
21                                     Time:  None
                                       Courtroom 9, Nineteenth Floor
22                                     Trial Date:  None Set

23

24

25

26

27

28

The United States and defendant Charles W. McCall, through their respective counsel, stipulate and agree as follows:

**RECITALS**

1.     On June 4, 2003, this Court unsealed a second superseding indictment containing charges against Mr. McCall.  Trial in this matter began on September 11, 2006.  On November 3, 2006, the jury returned a verdict of not guilty as to Mr. McCall on Count 1 of the Indictment.  The jury was unable to reach a verdict as to Mr. McCall on any of the remaining six counts, and the Court declared a mistrial as to Counts 2, 4, 5, 6, 7 and 8 of the Indictment and discharged the jury.  The United States intends to re-try Mr. McCall on those Counts.  No trial date is presently assigned.

2.     During Mr. McCall's arraignment on June 5, 2003, he surrendered his United States Passport to the Court as part of his conditions of pre-trial release.

3.     Between June 2003 and the present, the Court has entered nine stipulations and orders regarding the return of Mr. McCall's passport.  The orders were filed on September 3, 2003; January 5, 2004; August 12, 2004; November 22, 2004; May 13, 2005; September 6, 2005; April 11, 2006; June 4, 2007 and November 8, 2007 (collectively the "Passport Orders").  These orders granted Mr. McCall permission to obtain and/or retain his passport for personal travel abroad.

4.     Upon obtaining, retaining, and/or returning his passport to the Court pursuant to the Passport Orders, Mr. McCall, through his counsel, has notified the United States Pretrial Services Agency by telephone and/or letter of the status of Mr. McCall's passport and Mr. McCall's personal travel plans outside the United States.

5.     Most recently, Mr. McCall, through his counsel, returned his passport to the Court on March 31, 2008, in accordance with the Ninth Stipulation and Order re Return of Defendant Charles W. McCall's Passport ("Ninth Passport Order"), entered November 8, 2007.

6.     Since March 31, 2008, Mr. McCall traveled to San Francisco and appeared before the Court at the April 29, 2008 Case Management Conference in this matter.

TENTH STIPULATION AND ORDER RE RETURN OF DEF. McCALL'S PASSPORT
CASE NO. CR-00-0505-WHA

1        7.     Mr. McCall respectfully requests, and the United States does not object, that

2  the Court again allow Mr. McCall to obtain his passport from the Court for three additional

3  trips abroad — from May 30, 2008 to June 15, 2008; from June 30, 2008 to July 13, 2008;

4  and from August 8, 2008 to August 24, 2008 — and for such other trips (before September

5  5, 2008) that are approved in writing at least three (3) business days in advance by the

6  United States Pretrial Services Agency.

7        8.     Upon completion of his travels, Mr. McCall shall surrender his passport to

8  this Court on or before September 5, 2008.

9        9.     Mr. McCall further respectfully requests, and the United States does not

10  object, that this Stipulation and Order supersede the Ninth Passport Order.

11        10.    On May 8, 2008, Pretrial Services Officer Ken Goldberg (Southern District of

12  Florida, West Palm Beach Division) informed counsel for Mr. McCall that he consents to

13  the terms of this stipulation and proposed order.

14        11.    On May 8 , 2008, Pretrial Services Officer Allen Lew (Northern District of

15  California) informed counsel for Mr. McCall that he consents to the terms of this stipulation

16  and proposed order.

17      //

18      //

19      //

20      //

21      //

22      //

23      //

24      //

25      //

26      //

27      //

28      //

TENTH STIPULATION AND ORDER RE RETURN OF DEF. McCALL'S PASSPORT
CASE NO. CR-00-0505-WHA

1

**STIPULATION**

2        Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that Mr.

3 McCall's United States Passport shall, with this Court's permission, be returned to him so

4 that he may travel abroad — from May 30, 2008 to June 15, 2008; from June 30, 2008 to

5 July 13, 2008; and from August 8, 2008 to August 24, 2008 — and for such other trips

6 (before September 5, 2008) that are approved in writing at least three (3) business days in

7 advance by the United States Pretrial Services Agency.  Mr. McCall shall surrender his

8 passport to this Court on or before September 5, 2008.  This Order supersedes the Ninth

9 Passport Order.

10 IT IS SO STIPULATED AND AGREED.

11 DATED: May 12, 2008        HELLER EHRMAN LLP

12                            PAUL, WEISS, RIFKIND, WHARTON, &
13                            GARRISON LLP

14                            By  */s/ Michael J. Shepard*
15                                Michael J. Shepard

16                            Attorneys for Defendant
                              CHARLES W. McCALL

17 DATED: May 12, 2008        UNITED STATES OF AMERICA

18

19                            By  */s/ Timothy P. Crudo*
                               Timothy P. Crudo

20                                Brian Stretch
                               Office of the United States Attorney

21                                450 Golden Gate Avenue
                               Eleventh Floor

22                                San Francisco, CA  94102
                               (415) 436-7200

23                                (415) 436-7234  FAX

24                            Attorneys for the United States

25 Pursuant to the foregoing stipulation, IT IS SO ORDERED.

26

27 DATED: May 13, 2008                            
                          THE HONORABLE WILLIAM ALSUP

28                            United States District Judge

*(seal: UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA · IT IS SO ORDERED · Judge William Alsup)*

3